Helen Frazer, Bar No. 92627
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 500-6108

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br>  DESERT RANCH LLLP<br><br><br>        Debtor(s) | CASE NO. 6:16-13798-SC<br><br>CHAPTER 7<br><br>**TRUSTEES DECLARATION RE<br>(A) FINAL REPORT;<br>(B) APPLICATION<br>FOR COMPENSATION; AND<br>(C) NON-OPPOSITION TO<br>APPLICATIONS FOR<br>COMPENSATION**<br><br>DATE: TO BE SET<br>TIME:<br>CTRM: |

I, Helen Frazer, declare as follows:

1.    I am the duly appointed and acting Chapter 7 Trustee in the above referenced bankruptcy case. All of the facts stated herein are within my personal knowledge, and if called upon to testify, I could and would competently testify thereto.

2.    The case was commenced by the filing of a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code on 04/28/2016 and the undersigned Trustee was appointed on the same date.

3.    From the outset, this was a very difficult case and it is administratively insolvent. The Debtor's principal, Timothy Blixseth, ("Mr. Blixseth") has a long history of contentious litigation with a multitude of creditors.  The assets listed by the Debtor in its schedules consist primarily of claims against these various creditors and parcels of real estate encumbered by claims of these creditors which were disputed by Mr. Blixseth. The Trustee and her counsel spend

many hours investigating the validity of the Debtor's claims and evaluating the liquidation value of the real property subject to the claims. Ultimately, the value of the Debtor's assets ended up being minimal as compared to the costs incurred in investigating and litigating the various claims.

4.      On November 10, 2008, the Yellowstone Mountain Club, LLC (the "Club") and certain of its affiliates commenced cases under Chapter 11 of the Bankruptcy Code in the District of Montana (collectively, the "Club Bankruptcy Cases").

On November 1, 2008, ten days before the commencement of the Club Bankruptcy Cases, Mr. Blixseth transferred substantially all his personal investment assets to the Debtor in exchange for a 98% limited partner interest in the Debtor. In litigation brought by the Club Trustee, the Montana bankruptcy court and a Seattle, Washington jury concluded that Mr. Blixseth's transfers to the Debtor constituted fraudulent transfers made with actual intent to hinder, delay, or defraud his creditors. The Montana bankruptcy court confirmed a Chapter 11 plan for the Club pursuant to which the Trust was created and succeeded to the Club's claims under the Bankruptcy Code and otherwise against Mr. Blixseth.

After the commencement of the Club Bankruptcy Cases, the Trust obtained final, nonappealable judgments against Mr. Blixseth totaling in excess of $277 million relating to transfers and other transactions between the Club and its affiliates and Mr. Blixseth and his affiliates.

During the pendency of the Club Bankruptcy Cases, the Trust commenced an action against the Debtor and others seeking, among other things, to avoid and recover the assets Mr. Blixseth transferred to the Debtor or the value thereof (the "Desert Ranch Action"). The Trustee settled the claims brought by the Trust pursuant to a stipulation which provided the Trust with an allowed unsecured claim$174,414,342. The settlement was approved by the Court by Order entered August 23, 2017 (Docket No. 99).

5.      By Order entered June 25, 2018 (Docket No. 118), The Court approve the sale of the Debtor's interest in BSM, LLC for $75,000.00.

6. On April 18, 2018, the Trustee commenced Adversary case no 6:18-AP-01088 against 395 Lampe, LLC seeking to stay a foreclosure sale and allow the Trustee to sell several parcels of real estate located at the Club in which Debtor asserted an interest. The litigation was vigorously contested by defendant at significant cost to the estate. Ultimately, the lawsuit was settled with Defendant paying $50,000.00 to the Estate and a release of claims. The settlement was approved on January 30, 2020 (Docket No. 153).

7. The Trustee does not have any opposition to the Final Fee Applications filed by the following professionals:

(a) Squar Milner LLP, later merged with Baker Tilly, the estate's accountants. The Application for Compensation is no.166 in the Court's docket.

(b) Brown Rudnick LLP, the estate's general counsel. The application for Compensation is no. 168 in the Court's docket. Brown Rudnick agreed to substantially reduce their fees by subordinating their fees and allowing all other administrative fees and costs be paid in full.

8. Attached hereto is the Trustee's Summary of Receipts and Disbursements and Calculation of Trustee's statutory fee.

I declare under penalty of perjury that the above is true and correct.

Dated: January 8, 2021

/s/ Helen Frazer
Helen Frazer
Chapter 7 Trustee

## SUMMARY OF RECEIPTS AND DISBURSEMENTS

**1. RECEIPTS:**

| | | |
|---|---|---:|
| Sale of Membership to BSM, LLC (Asset #2) | $ | 75,000.00 |
| Settlement with 395 Lampe (Assets #4 and #8) | $ | 50,000.00 |
| **TOTAL RECEIPTS:** | A. $ | 125,000.00 |

**2. DISBURSEMENTS:**

| | | |
|---|---|---:|
| Bank Fees | $ | 2,022.74 |
| Bond Premium | $ | 48.12 |
| Ch 7 - Appraiser Fees – Pathfinder Appraisals | $ | 9,500.00 |
| **TOTAL DISBURSEMENTS:** | B. $ | 11,570.86 |
| **CASH BALANCE ON HAND:** | C. $ | 113,429.14 |

**3. PROJECTED DISBURSEMENTS:**

| | | | |
|---|---|---|---:|
| Helen Frazer Trustee | Fees | $ | 9,500.00 |
| | Expenses | $ | 4,691.90 |
| FRANCHISE TAX BOARD | Chapter 7 Administrative | $ | 4,577.91 |
| BROWN RUDNICK LLP Attorney for Trustee | Fees | $ | 517,130.00 |
| | Expenses | $ | 18,017.14 |
| SQUAR MILNER, LLP Accountant for Trustee | Fees | $ | 24,426.00 |
| | Expenses | $ | 246.23 |
| UNITED STATES TRUSTEE FEES: | | $ | 0.00 |
| MISCELLANEOUS COURT COSTS: | | $ | 350.00 |
| **FUNDS AVAILABLE FOR CREDITORS:** | | $ | |
| PAYMENT TO DEBTOR (SURPLUS): | | $ | 0.00 |
| **TOTAL PROJECTED DISBURSEMENTS:** | | D. $ | 113,429.14 |

(D must equal amount of C)

| | | |
|---|---|---:|
| **TOTAL OF ALL DISBURSEMENTS:** | E. $ | 125,000.00 |

(B plus D must equal A)

Printed:    01/06/2021 9.49 PM

# Trustee's Compensation

**Debtor:** DESERT RANCH LLLP                                            **Case:** 6:16-bk-13798-SC

### Computation of Compensation

| | | | |
|---|---|---|---|
| Total disbursements to other than the debtor are: | | | 125,000.00 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | | |
| 25% of First $5,000 | 5,000.00 | = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 | = | 4,500.00 |
| 5% of Next $950,000 | 75,000.00 | = | 3,750.00 |
| 3% of Balance | 0.00 | = | 0.00 |
| **Calculated Total Compensation:** | | | **$9,500.00** |
| Plus Adjustment: | | | 0.00 |
| **Total Compensation:** | | | **$9,500.00** |
| Less Previously Paid: | | | 0.00 |
| **Total Compensation Requested:** | | | **$9,500.00** |

### Trustee Expenses

| | |
|---|---|
| POSTAGE | $12.38 |
| PROFESSIONALS | $4,500.00 |
| POSTAGE | $29.60 |
| POSTAGE | $29.62 |
| POSTAGE | $82.50 |
| POSTAGE | $37.80 |
| **Subtotal Expenses:** | **$4,691.90** |
| Plus Adjustment: | 0.00 |
| **Total Expenses:** | **$4,691.90** |
| Less Previously Paid: | 0.00 |
| **Total Expenses Requested:** | **$4,691.90** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $9500.00 as compensation and $4691.90 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

| | |
|---|---|
| Printed: 01/06/2021 9.49 PM | **Trustee's Compensation** |
| **Debtor:** DESERT RANCH LLLP | **Case:** 6:16-bk-13798-SC |

Dated: 01/06/2021

Signed: /s/ Helen Frazer

Helen Frazer, TRUSTEE
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663

Printed: 01/06/2021 9.50 PM                                                                                              Page: 1

## Expense Worksheet

**Period: 06/13/2016 - 08/04/2020**

**Trustee: Helen Frazer**

| Case Number: | 6:16-bk-13798-SC | Case Name: | DESERT RANCH LLLP |
|---|---|---|---|
| Case Type: | Asset | Judge: | SCOTT C. CLARKSON |
| Petition Date: | 04/28/2016 | 341a Meeting: | 07/18/2016 1.00 PM |

**Category: POST**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/04/2020 | certified mail for tax returns | 1.0 | $ 37.800000 | $37.80 |
| 07/31/2020 | certified mail for tax returns | 1.0 | $ 82.500000 | $82.50 |
| 10/02/2019 | copying and mailing costs for cash disbursement motion | 1.0 | $ 29.620000 | $29.62 |
| 07/19/2019 | Copying and mailing costs | 1.0 | $ 29.600000 | $29.60 |
| 06/13/2016 | copy and mailing costs | 1.0 | $ 12.380000 | $12.38 |
| | **Total for category POST** | **5.0** | | **$191.90** |

**Category: PROF**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/24/2019 | Advance to Appraiser - Pathfinder Appraisals | 1.0 | $ 4,500.000000 | $4,500.00 |
| | **Total for category PROF** | **1.0** | | **$4,500.00** |

**Total for case 6:16-bk-13798-SC:**    $4,691.90

**Grand Total:**    $4,691.90

Printed: 01/06/2021 9.50 PM                                                                                          Page: 1

# Expense Worksheet

**Period: 06/13/2016 - 08/04/2020**

**Trustee: Helen Frazer**

| Case Number: | 6:16-bk-13798-SC | Case Name: | DESERT RANCH LLLP |
|---|---|---|---|
| Case Type: | Asset | Judge: | SCOTT C. CLARKSON |
| Petition Date: | 04/28/2016 | 341a Meeting: | 07/18/2016 1.00 PM |

**Category: POST**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 08/04/2020 | certified mail for tax returns | 1.0 | $ 37.800000 | $37.80 |
| 07/31/2020 | certified mail for tax returns | 1.0 | $ 82.500000 | $82.50 |
| 10/02/2019 | copying and mailing costs for cash disbursement motion | 1.0 | $ 29.620000 | $29.62 |
| 07/19/2019 | Copying and mailing costs | 1.0 | $ 29.600000 | $29.60 |
| 06/13/2016 | copy and mailing costs | 1.0 | $ 12.380000 | $12.38 |
| | **Total for category POST** | **5.0** | | **$191.90** |

**Category: PROF**

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/24/2019 | Advance to Appraiser - Pathfinder Appraisals | 1.0 | $ 4,500.000000 | $4,500.00 |
| | **Total for category PROF** | **1.0** | | **$4,500.00** |

**Total for case 6:16-bk-13798-SC:** $4,691.90

**Grand Total:** $4,691.90