Helen Frazer   State Bar No. 92627
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone (949) 500-6108

Chapter 7 Trustee

**FILED & ENTERED**

MAR 09 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig        DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No. 6:16-bk-13798-SC |
| DESERT RANCH LLLP | Chapter 7 |
| Debtor. | **ORDER ALLOWING ADMINISTRATIVE CLAIMS PROFESSIONAL FEES AND EXPENSES, TRUSTEE FEES AND EXPENSES**<br><br>DATE: March 9, 2021<br>TIME: 11:00 a.m.<br>CTRM: 126 - Virtual |

**A.    ESTATE FUNDS:**

TOTAL RECEIPTS:       $ 125,000.00       BALANCE ON HAND       $ 113,429.14

**B.    MISCELLANEOUS COURT COSTS AND FEES:**

U.S. BANKRUPTCY COURT CLERK:

| | | | |
|---|---|---|---|
| Complaints | $ 350.00 | Search Fees | $ |
| Notices | $ | Photocopies | $ |
| Certification | $ | Claims in Excess of 10 | $ |

SUBTOTAL OF COURT COSTS:  $       350.00

UNITED STATES TRUSTEE FEES:  $         0.00

TOTAL MISCELLANEOUS FEES ALLOWED:
(Sum of Court Costs and UST Fees)       $       350.00

**C.    PROFESSIONAL FEES AND EXPENSES**

| | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
|---|---|---|---|---|
| (1) Name of Professional/Profession: BROWN RUDNICK LLP, ATTORNEY FOR TRUSTEE (CH.7) (Non-Firm) | | | | |
| Fees | $ 517,130.00 | $ 517,130.00 | $ 0.00 | $ 517,130.00 |
| Expenses | $ 18,017.14 | $ 18,017.14 | $ 0.00 | $ 18,017.14 |
| (1) Name of Professional/Profession: SQUAR MILNER, LLP, ACCOUNTANT FOR TRUSTEE (CH.7) (Non-Firm) | | | | |
| Fees | $ 24,426.00 | $ 24,426.00 | $ 0.00 | $ 24,426.00 |
| Expenses | $ 246.23 | $ 246.23 | $ 0.00 | $ 246.23 |
| (1) Name of Professional/Profession: PATHFINDER APPRAISALS, OTHER PROFESSIONALS (CH.7) | | | | |
| Fees | $ 9,500.00 | $ 9,500.00 | $ 9,500.00 | $ 0.00 |
| Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**D.    TRUSTEE FEES AND EXPENSES**

**HELEN FRAZER**
**TRUSTEE (CH. 7)**

| | | | | |
|---|---|---|---|---|
| FEES | $ 9,500.00 | $ 9,500.00 | $ 0.00 | $ 9,500.00 |
| EXPENSES | $ 4,691.90 | $ 4,691.90 | $ 0.00 | $ 4,691.90 |
| BOND | $ 2.68 | $ 2.68 | $ 2.68 | $ 0.00 |

The Trustee waves any increase in fees due to the accrual of additional interest after the Final Report is submitted to the Office of the United States Trustee and subsequently filed with the Bankruptcy Court.

If the final dividend is the same or higher than proposed in the Trustee's Final Report, the Trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the Trustee shall submit forthwith to the United States Trustee an AMENDED TRUSTEE'S

REPORT OF PROPOSED DISTRIBUTIONS AND DIVIDEND PAYMENTS within 30 days of the entry of this order by the Court.

###

Date: March 9, 2021

Scott C. Clarkson
United States Bankruptcy Judge